

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2019

No. 04-19-00337-CR & 04-19-00338-CR

Ronald Edward **WILSON,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR6020, 2018CR1609
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

We grant the Appellant's motion to consolidate appeal numbers 04-19-00337-CR and 04-19-00338-CR, and order these appeals are consolidated. *See, e.g.*, *Katzenmaier v. State*, No. 04-18-00173-CR, 2018 WL 2694462, at *1 (Tex. App.—San Antonio June 6, 2018, no pet.) (mem. op.) (per curiam) (consolidating appeals "[i]n the interest of efficient administration of [the] court's docket").

We order the parties to file all future motions, briefs, and other pleadings as if the appeals were one, but to put both appeal numbers in the style of the case. *See* TEX. R. APP. P. 9.4(g) (requiring a document's front cover to contain "the case number"). However, the record filed in each appeal will remain separate and, if supplementation of the record becomes necessary, the supplemental material must be filed in the appeal to which it applies. The court will dispose of both appeals in the same judgment, opinion, and mandate.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of November, 2019.



MICHAEL A. CRUZ,
Clerk of Court